JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MERCADO, | Case No. EDCV 09-439-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC. (A New York Corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., (a California Corporation); RECONTRUST COMPANY (a Nevada Corporation); and DOES 1-50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware Corporation, erroneously sued as MORTGAGE ELECTRONIC

1   REGISTRATION SYSTEM, INC., a California Corporation, is DISMISSED
2   WITHOUT PREJUDICE.  The Court orders that such judgment be entered.
3
4
5   Dated: April 16, 2009                    _____
6                                             VIRGINIA A. PHILLIPS
                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28